UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                  )          BK No.:   17-36768
Billy M Anderson                        )
                                        )
                                        )          Chapter:  13
                                        )
                                        )          Honorable Janet S. Baer
                                        )
                                        )          Kane
            Debtor(s)                   )

**ORDER GRANTING MOTION TO OBTAIN CREDIT / INCUR DEBT**

THIS CAUSE COMING ON TO BE HEARD on the motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

The Debtor is permitted to purchase a 2015 Kia Optima or similar vehicle, with an amount financed not to exceed $16,236.00, interest not to exceed 18.95%, and monthly payments not to exceed $379.08.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 18, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600